# ANTHONY L. RICCO

*Attorney At Law*
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007

TEL. (212) 791-3919  FAX. (212) 791-3940

September 6, 2023

BY E.C.F.

**MEMO ENDORSED**

Hon. Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:  *United States v. Odaine Mcearson*, Docket No. 1:15-cr-00342 (KPF)**

Dear Judge Failla:

    This application is submitted to request withdrawal of counsel's previously filed letter motion (Docket #42), that was filed via E.C.F. earlier this morning, requesting an adjournment of the Preliminary Revocation Hearing scheduled for tomorrow, September 7, 2023.

    Subsequent to the filing of the letter motion, circumstances arose that shall now permit counsel to appear in the above-referenced matter before your Honor.  Specifically, counsel has been advised that he may appear at his state court trial matter, tomorrow, by video teleconference.

    The government has been informed of this development and of counsel's intention to seek withdrawal of the previous letter motion, and the parties look forward to appearing in court, tomorrow, before your Honor.

                        Respectfully,

                         *Anthony L. Ricco*

                         Anthony L. Ricco

ALR/jh

cc: A.U.S.A. Benjamin Burkett

Application GRANTED.  For clarity, the Court reiterates that the preliminary revocation hearing will be held, as-scheduled, on **September 7, 2023**, at **11:00 a.m.**, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motions at docket numbers 42 and 43.

Dated:     September 6, 2023        SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE