

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 14, 2023



**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *United States v. Odaine McEarson*, 15 Cr. 342 (KPF)

Dear Judge Failla:

      The Government writes to inform the Court that the Complaint filed August 31, 2023, in which defendant Odaine McEarson was charged with violations of Title 18, United States Code, Sections 1951 and 2, was dismissed without prejudice at the Government's request earlier today. *See United States v. Odaine McEarson*, 23 Mag. 6220.

      As the Court is aware, the specifications outlined in the Violation Report filed by the United States Probation Office for the Southern District of New York on September 1, 2023, in the above-referenced matter before this Court, stem from the same conduct charged in the now-dismissed Complaint.

      Accordingly, the Government respectfully requests that the specifications be dismissed without prejudice and that the defendant be ordered released.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney

By:   _____
        Benjamin M. Burkett
        Assistant United States Attorney
        Southern District of New York
        (212) 637-2455
        Benjamin.Burkett@usdoj.gov

cc: Counsel of Record (ECF)

Application GRANTED.  The specifications outlined in the Violation Report filed on September 1, 2023, are  DISMISSED without prejudice.  The Court hereby ORDERS that Defendant be RELEASED from custody effective as of this Order.

The Clerk of Court is directed to terminate the pending motions at docket numbers 45 and 46.

Dated:     September 14, 2023              SO ORDERED.
           New York, New York

                                           HON. KATHERINE POLK FAILLA
                                           UNITED STATES DISTRICT JUDGE